**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:26-cv-14376-LEIBOWITZ/GALLER**

**JEREMIAH CHRISTOPHER JAMES,**

*Plaintiff*,

*v.*

**CUMBERLAND FARMS, INC.,**

*Defendant.*
______________________________________/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** is before the Court upon the Report and Recommendation by United States Magistrate Judge Brandy Brentari Galler [ECF No. 14] (the "R&R"), issued on November 3, 2026, recommending that Plaintiff's Motion for Remand [ECF No. 3] (the "Motion") be DENIED and that Defendant be ordered to file a supplemental declaration verifying its principal place of business. [*Id.* at 9]. The undersigned previously referred the Motion to Judge Galler for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 8].

Plaintiff did not object within the 14-day objection period. Defendant filed a Notice of Non-Objection to Magistrate Judge's Report and Recommendation (the "Notice") [ECF No. 17] and the Supplemental Declaration of Laura Sherman (the "Declaration") [ECF No. 15-1]. After reviewing the R&R for clear error and in the absence of any objection, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation **[ECF No. 14]** is **ADOPTED** and **AFFIRMED** and fully incorporated herein for all purposes. Defendant has

already complied with this Order by filing the Declaration in support of verifying its principal place of business.

2. Plaintiff's Motion **[ECF No. 3]** is **DENIED WITHOUT PREJUDICE**. If, after review of the Declaration, Plaintiff still seeks to contest jurisdictional defects, Plaintiff is granted leave to file a renewed motion to remand no later than December 3, 2026.

**DONE AND ORDERED** in the Southern District of Florida on November 19, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record